NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CREATIVE SPARK, LLC,**

*Appellant*

**v.**

**THE KINGSFORD PRODUCTS COMPANY, LLC,**

*Appellee*

---

2018-1957

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01831.

---

**JUDGMENT**

---

KEVIN KENT MCNISH, Desmarais LLP, New York, NY, argued for appellant.

PAUL ASHLEY AINSWORTH, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by PAULINE PELLETIER, DEBORAH ANN STERLING.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 14, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court